IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **SEALED** |
| v. | § § | NO. 4:18CR 98 |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | § § | Judge Mazzant |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮ | § | |
| JHON EDUIS VIAFARA MINA (3) a.k.a. "Futbolista/Goleador/Makelele" | § § § | **FILED** JUN 1 3 2018 Clerk, U.S. District Court Texas Eastern |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮▮▮▮▮ | § | |
| ▮▮▮▮▮▮▮ | | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States)

That sometime in or about 2017, and continuously thereafter up to and including the date of this Indictment, in the Republics of Colombia, Ecuador, Panama, Costa Rica, Guatemala, Mexico, and elsewhere, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

██████ ██████ **Jhon Eduis Viafara Mina** a.k.a. "Futbolista/Goleador/Makelele," ██████

██████ ██████

██ ████████ ██ and ██ ████ ██ ████ ██

██████████ defendants, did knowingly and intentionally combine, conspire, and agree with other persons known and unknown to the United States Grand Jury, to knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 960.

In violation of 21 U.S.C. § 963.

### Count Two

> Violation: 21 U.S.C. § 959 and 18 U.S.C. § 2: (Manufacturing and Distributing Five Kilograms or More of Cocaine Intending, Knowing and with Reasonable Cause to Believe that the Cocaine will be Unlawfully Imported into the United States)

That sometime in or about 2017, and continuously thereafter up to and including the date of this Indictment, in the Republics of Colombia, Ecuador, Panama, Costa Rica, Guatemala, Mexico, and elsewhere, ██████████████████

██████ ████████████████████



**Jhon Eduis Viafara Mina** a.k.a. "Futbolista/Goleador/Makelele,"

and

defendants, aided and abetted by each other, did knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and with reasonable cause to believe that such cocaine would be unlawfully imported into the United States.

In violation of 21 U.S.C. § 959 and 18 U.S.C. § 2.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

From their engagement in the violation alleged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 970, incorporating the provisions of 21 U.S.C. § 853(a)(1) and (2), all of their interest in:

    a.    Property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violation; and
    b.    Property used and intended to be used in any manner or part to commit or to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third person;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____ _____
JAY R. COMBS                    Date
Assistant United States Attorney

Indictment
Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **SEALED** |
| v. | § § § | NO. 4:18CR |
| ████████████████████████████ | § § | Judge |
| ██████████████████████ | § | |
| ██████████████████████████ | § | |
| ████████████████ | § | |
| ██████████████████ | § | |
| JHON EDUIS VIAFARA MINA (3) a.k.a. "Futbolista/Goleador/Makelele" | § § § | |
| ████████████████████████ | § | |
| ██████████████████ | § | |
| ████████████████████ | § | |
| ██████████████████████ | § | |
| ██████████████ | § | |

### NOTICE OF PENALTIES

### Count One

Violation:    21 U.S.C. § 963

Penalty:    Imprisonment for not less than ten (10) years or more than life, a fine not to exceed $10,000,000.00 or both. A term of supervised release of at least five (5) years.

Special Assessment: $100.00

### Count Two

Violation:    21 U.S.C. § 959 and 18 U.S.C. § 2

Penalty:    Imprisonment for not less than ten (10) years or more than life, a fine not to exceed $10,000,000.00 or both. A term of supervised release of at least five (5) years.

Special Assessment: $100.00

Indictment/Notice of Penalty
Page 5